In re Alderman, Gary D.; MeGaha, James P.; Johnson, James M.; Prokopf, Edward F.; Williams, Kenneth, O.; Eiland, John C.; Dunn, John D.; Angevine, Frederick S.; Morgan, Troy J.D.; Perdue, Douglas C.; Miller, Jack E., Jr.; Lewis, Robert H.; Johnson, Jerry L.; Wood, Jerry G; Casteel, David E.; Eiland, Donald R.; Swift, Eddie L.; Wallace, Joseph C.; Lawson, Harold A., Ill; Lowe, Mickey N.; Smith, Bobbie G.; Turner, Jimmie R.; Mulford, Wayne E.; McGrew, Milton L.; Mutter, Richard L; Hunter, Warren C.; Sampson, John L.; Ogden, Francis G., Jr.; Alford, Carlos W.; Foster, Danny L.; Fuller, Everett; Jaudon, Louis R.; Nolte, Ray; McKinnon, Harry P.; Brann, John; Rittenberry, Don; Saucier, A.G.; Snell, John; Jackson, Kermit R.; Johnson, Roy L.; Sullivan, James W.; Hopper, Charles W.; Sandefur, Eldridge; Poter, Louis D.; — Plaintiff(s); applying for writ of certiorari and/or review; Parish of Caddo, 1st Judicial District Court, Div. “H”, No. 372,885; to the Court of Appeal, Second Circuit, No. 29165-CA.
Denied.
KNOLL, J., would grant the writ.
KIMBALL, J., not on panel.